IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01289-PAB-CBS

JOEL TOMAN,

    Plaintiff,

v.

MHC TRUCK LEASING, INC.,

    Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Unopposed Motion to Dismiss With Prejudice [Docket No.19].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Unopposed Motion to Dismiss With Prejudice [Docket No.19] is granted.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED October 23, 2009.

BY THE COURT:


 s/ Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge